AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

THOMAS TYALOR and VERONICA BROPAS,
Husband and Wife,

*Plaintiff*

v.

WASHINGTON STATE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES,
an agency of the State of Washington,

*Defendant*

)
)
)
)
)
)

Civil Action No.   2:23-CV-0247-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:   Defendant's Motion to Dismiss (ECF No. 26) is GRANTED.
All claims and causes of action in this matter are DISMISSED with prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    THOMAS O. RICE

Date:  06/03/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*